UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE MRACNA,

        Plaintiff,

                                     Case No. 1:07-cv-1071

v.

                                     HONORABLE PAUL L. MALONEY

CORRECTIONAL MEDICAL
SERVICES,
        Defendant.
_____/


## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. No. 77) filed by United

States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation

mailed to the Plaintiff was returned to the Court as "paroled or discharged". A check of the

Michigan Department of Corrections Offender Tracking Information System shows plaintiff as

discharged from custody.

Even though the Plaintiff has not received a copy of the Report and Recommendation,

Plaintiff has been properly served under the Federal Rules of Civil Procedure. As required by

statute, the magistrate judge filed the Report and Recommendation with the Court and mailed a

copy to the Plaintiff at his last known address. *See* 28 U.S.C. § 636(b)(1)(C) ("the magistrate

judge shall file his proposed findings and recommendations under subparagraph (B) with the

court and a copy shall forthwith be mailed to all parties."). Upon placing the Report and

Recommendation in the mail to the Plaintiff's last known address, service was complete. Fed. R.

Civ. P. 5(b)(2)(C). Plaintiff has a continuing obligation to apprise the Court of his current

address.  *See* W.D. Mich. L.Civ.R. 41.1 ("Failure of a plaintiff to keep the Court apprised of his current address shall be grounds for dismissal for want of prosecution.").

After being served with a Report and Recommendation issued by a Magistrate Judge, a party has ten days to file written objections to the proposed findings and recommendations.  28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).  Failure to file an objection results in a waiver of the issue and the issue cannot be appealed. *Id.  See also Thomas v. Arn*, 474 U.S. 140, 155 (1985) (upholding the Sixth Circuit's practice).  No objections have been filed to date.

Although the Plaintiff's failure to file objections is a sufficient reason to adopt the Report and Recommendation, this Court has reviewed the merits of the report and finds the magistrate judge's reasoning and conclusions sound.

Accordingly, **IT IS HEREBY ORDERED:**

1.      The Report and Recommendation (Dkt. No. 77) is **ADOPTED** as the Court's opinion;

2.      The plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation**.**

3.      Defendant Correctional Medical Services, Inc.'s motion for summary judgment (Dkt. No. 72), motion for protective order (Dkt. No. 73), motion to adjourn expert disclosures (Dkt. No. 74) and motion to dismiss(Dkt. No. 76) are all **DISMISSED as moot**.

        **This action is terminated.**

Date:   March 22, 2010                                      /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge