UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE MRACNA,

    Plaintiff,

v.

    Case No. 1:07-cv-1071

    HONORABLE PAUL L. MALONEY

CORRECTIONAL MEDICAL
SERVICES,

    Defendant.
_____/

## JUDGMENT

Having issued an order adopting a report and recommendation and dismissing plaintiff's complaint, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendant and against plaintiff.

Date: March 22, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge